IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KAKAWANA TATE,<br>   Defendant. | CRIMINAL FILE NO.<br>1:18-CR-240-4-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 196] of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court as to this Defendant only.

SO ORDERED, this 3 day of November, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge