IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

KAKAWANA TATE,

Defendant.

CRIMINAL FILE NO.

1:18-CR-240-4-TWT

**ORDER**

This is a criminal action.   It is before the Court on the Report and Recommendation [Doc. 443] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 369]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 369] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this _3rd_ day of January, 2023.

THOMAS W. THRASH, JR.
United States District Judge